# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CERRICK L. WILLIAMS AND
RENATA WILLIAMS,
INDIVIDUALLY AND ON BEHALF
OF THEIR MINOR CHILDREN,
CHANCE WILLIAMS AND
PLAINTIFFS, CEDRIC WILLIAMS
AND CAMERON WILLIAMS

VERSUS

OOIDA RISK RETENTION GROUP,
INC., INTRACOASTAL
LOGISTICS, LLC, AND DESIRECK
T. TURNER

NO. 2021 CW 1135

OCTOBER 25, 2021

---

In Re:   Cerrick Williams, and Renata Williams, individully and on behalf of their minor child, Chance Williams, and Plaintiff, Cedrick Williams and Cameron Williams, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 681352.

---

**BEFORE:   WHIPPLE, C.J., WELCH, AND THERIOT, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's August 18, 2021 judgment granting the peremptory exception of prescription and dismissing all claims of plaintiffs, Cerrick Williams and Renata Williams, individually and on behalf of their minor child, Chance Williams, and plaintiffs, Cedric and Cameron Williams, against defendant, City of Baton Rouge/Parish of East Baton Rouge, is a final, appealable judgment. See La. Code Civ. P. art. 1915(A). Therefore, the writ application is granted for the limited purpose of remanding the case to the district court with instructions to grant an appeal to plaintiffs pursuant to the notice of intent to seek supervisory writs. See **In Re Howard**, 541 So.2d 195 (La. 1989) (per curiam). In the event plaintiffs seek to appeal the district court's judgment, they shall submit a new order for appeal to the district court within thirty days of this order. Additionally, a copy of this court's order is to be included in the appellate record.

**VGW**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT